**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00155-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

HERMAN ZUNIGA-HERNANDEZ,

      Defendant.

---

**ORDER VACATING AND RESETTING HEARING**

---

      This matter is before the Court *sua sponte*.  Because a conflict has arisen on the Court's docket, the Change of Plea currently set for June 8, 2009, at 11:00 a.m. VACATED and RESET to **June 8, 2009, at 2:30 p.m.**

      DATED: June 4, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge