**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00155-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HERMAN ZUNIGA-HERNANDEZ,

    Defendant.

---

**ORDER REGARDING MOTION TO CONTINUE SENTENCING HEARING**

---

This matter is before the Court on Plaintiff's Motion to Continue Sentencing Hearing (Doc. # 18).  The Motion states that "counsel for the government has not been able to determine if defense counsel has an objection to a continuance," and gives no indication of what efforts, if any, were made to contact defense counsel.  Therefore,

IT IS HEREBY ORDERED that the defendant shall file any response or objection to the Motion with the Court no later than July 31, 2009.

DATED:  July   23  , 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge