**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00155-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

HERMAN ZUNIGA-HERNANDEZ,

      Defendant.

---

## ORDER RESETTING SENTENCING

---

      Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Government's Motion to Continue Sentencing Hearing (Doc. # 18), it is ORDERED that the sentencing of Defendant Herman Zuniga-Hernandez set for August 14, 2009, at 8:30 a.m. is VACATED and continued to **Friday,  August 28, 2009, at 3:00 p.m.** in Courtroom A602 of the Arraj Courthouse.

      DATED: July 30, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge